26-mj-29 JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-29

UNITED STATES OF AMERICA,
            Plaintiff,

                                                    **INFORMATION**

            v.
                                                    18 U.S.C. § 111(a)(1)
                                                    6 C.F.R. § 139.75
RILEY JAMES BUSHBAUM,
            Defendant.

THE UNITED STATES ATTORNEY CHARGES:

## Count 1
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

**RILEY JAMES BUSHBAUM,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a United States Customs and Border Patrol employee, while such employee was engaged in and on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

## Count 2
(Possession of a Firearm or Dangerous Weapon on Federal Property)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

**RILEY JAMES BUSHBAUM,**

SCANNED LT
APR 03 2026
U.S. DISTRICT COURT MPLS

did, on federal property, knowingly carry and otherwise possess a firearm and other dangerous weapon, as defined by 18 U.S.C. §§ 921 and 930, carried openly and concealed, and was not authorized to do so by 18 U.S.C. § 930(d).

All in violation of Title 6, Code of Federal Regulations, Section 139.75(a).

Dated:  April 3, 2026

DANIEL N. ROSEN
United States Attorney

/s/ *Jeanne D. Semivan*

BY:    JEANNE D. SEMIVAN
Special Assistant U.S. Attorney

2