*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
MADDY BULLARD
HEATHER RYSGAARD
Assistant Defenders

July 29, 2026

***VIA CM/ECF***

Honorable John F. Docherty
United States Magistrate Judge
United States District Court
316 North Robert Street
St. Paul, MN 5510

Re: United States v. Riley James Bushbaum
*Case No.: 26-MJ-029 (JFD)*

Dear Magistrate Docherty:

Mr. Bushbaum, through counsel, is requesting a status conference be set in this case to address procedural issues that will impact the filing of motions. I estimate the issues can be resolved in a half hour of the Court's time.

Sincerely,

*s/ Aaron Morrison*

Aaron Morrison
Assistant Federal Defender

AM/sls

cc: Jeanne Semivan, AUSA